IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EDDIE WATKINS                                                       PLAINTIFF

v.                      Civil No. 02-6102

CHIEF RICHARD TAFT;
MAYOR NORTHCUTT;
LT. McANEAER; LT. ROSS;
OFFICER BRANDON DAVIS; and
OFFICER STANLEY PAXTON                              DEFENDANTS

## **O R D E R**

On November 21, 2005, the plaintiff filed a motion (Doc. 88) asking for his claims against Officer Stanley Paxton to be dismissed. Plaintiff additionally seeks an extension of time to respond to the summary judgment motion.

The motion is granted. Plaintiff's claims against Officer Stanley Paxton are hereby dismissed with prejudice.

As to the request for an extension of time to respond to the summary judgment motion, the court notes that it has advised the plaintiff it will assist him in responding to the summary judgment motion by preparing a questionnaire. The questionnaire has not yet been prepared. When the questionnaire is prepared and an order entered directing the plaintiff to respond, the court will allow the plaintiff thirty days to respond to the questionnaire. If plaintiff needs more than thirty days to respond to the questionnaire, he need merely file a second request for an extension of time.

IT IS SO ORDERED this 1st day of December 2005.

                                               /s/ Bobby E. Shepherd
                                               UNITED STATES MAGISTRATE JUDGE