IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EDDIE WATKINS                                                    PLAINTIFF

v.                          No. 02-6102

CHIEF RICHARD TAFT; MAYOR
NORTHCUTT; LT. MCANEAER; LT.
ROSS; and OFFICER BRANDON DAVIS                                  DEFENDANTS

**O R D E R**

Now on this 13th day of April 2006, there comes on for consideration the report and recommendation filed herein on March 24, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 94). Defendants filed objections to the report and recommendation. (Docs. 95-96).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' motion for summary judgment (Doc. 85) is GRANTED as to Separate Defendant Mayor Northcutt and DENIED as to all other defendants.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge